THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS BERGMAN, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Submitted October 1, 1945; decided April 18, 1946.

*Nathaniel L. Goldstein, Attorney-General (John W. Barnell, Orrin G. Judd* and *Patrick H. Clune* of counsel), for motion.
No one opposed.

Motion denied.